<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-6334**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GLEN MARK, JR.,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Frank W. Bullock, Jr., District Judge. (CR-89-263-G; CA-04-500-1)

---

Submitted: August 25, 2005      Decided: September 1, 2005

---

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Glen Mark, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Glen Mark, Jr., appeals the district court's order denying relief on his motion for modification of sentence, 18 U.S.C. § 3582(c) (2000). Our review of the district court's opinion adopting the magistrate judge's recommendation discloses no reversible error. Accordingly, we deny as unnecessary Mark's motion for a certificate of appealability, grant his motion to proceed in forma pauperis, and affirm for the reasons stated by the district court.[*] See United States v. Mark, Nos. CR-89-263-G; CA-04-500-1 (M.D.N.C. Feb. 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]Mark's motion for expedited treatment is denied as moot.

- 2 -